IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONITA BROOKS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHESTER VALLEY GOLF CLUB, ET AL. | : | |
| | : | NO.   25-761 |

## <u>ORDER</u>

**AND NOW**, this 17th day of November, 2025, upon consideration of Defendants' "Motion to Dismiss First Amended Complaint" (Docket No. 12) and Brief in Support of the Motion (Docket No. 13), and Plaintiff's opposition to the Motion, and for the reason stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion to Dismiss is **GRANTED**.

2. The First Amended Complaint is **DISMISSED** without prejudice.

3. Within twenty-one days of the date of this Order, Plaintiff may file a Second Amended Complaint seeking to cure the pleading inadequacies identified in the accompanying Memorandum.

4. If no Amended Complaint is filed within the time frame set forth in Paragraph 3, we will conclude that Plaintiff intends to stand on her Amended Complaint and will issue a final Order of dismissal.

BY THE COURT:

/s/ John R. Padova, J.

_____
John R. Padova, J.